ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 6 2006

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | No. _____ |
| | § | 3-06CV 1633 P |
| TODD LOFTIS, | § | |
| Defendant, | § | |
| and | § | |
| AEGON USA, AMERICAN FUNDS SERVICE COMPANY, COUNTRYWIDE BANKS, N.A., MADISONGREY HOLDINGS, LLC, SOUTHWEST SECURITIES, INC., AND WASHINGTON MUTUAL, INC., | § | |
| Garnishees. | § | |

## APPLICATION FOR WRITS OF GARNISHMENT

The United States of America, makes application under 18 U.S.C. § 3613 and 28 U.S.C. §§ 3203-3206 to the Clerk of the United States District Court for the Northern District of Texas to issue Writs of Garnishment upon the community property of Defendant, Todd Loftis (Loftis), who is a judgment debtor of the United States, and his community property spouse, Lisa P. Loftis. The Writs of Garnishment are sought in connection with a judgment for the United States against Loftis, (Criminal Case No. 4:05-CR-185-01). Computation of the debt as of August 28, 2006 is:

| | |
|---|---|
| $20,000,100.00 | Judgment Amount |
| $     369,397.27 | Interest (4.85%) |
| ($           50.00) | Credits applied to Judgment |
| $20,369,447.27 | Current debt balance |

Application for Writs of Garnishment - Page 1

The Defendant's full name is Todd Loftis, his social security number is 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, and his last known address is BOP Register No. 33966-177, FCI Beaumont Low, P.O. Box 26020, Beaumont, TX 77720. Not less than thirty (30) days have elapsed since demand on Loftis for payment of the debt was made and the he has not paid the amount due. The name and address of the Garnishees or their authorized agents are:

Aegon USA, its affiliates, successors or assigns
c/o CT Corporation Systems, Registered Agent
3501 N. Paul Street
Dallas, TX 75201

American Funds Servicing Company and its affiliates, successors or assigns
John Comander, Supervisor, Compliance Department
P.O. Box 659524
San Antonio, TX 78265-9524

Countrywide Banks, N.A. and its affiliates, successors or assigns
Jennifer Sha, Supervisor, Lien Department
1330 W. Southern Avenue
Tempe, AZ 85282

MadisonGrey Holdings, LLC and its affiliates, successors or assigns
James Lanshe, Registered Agent
1401 Elm Street, Suite 3300
Dallas, TX 75201

Southwest Securities, Inc. and its affiliates, successors or assigns
Jerry Wade, Vice President and General Counsel
1201 Elm Street, Suite 3500
Dallas, TX 75270

Washington Mutual, Inc. and its affiliates, successors or assigns
Heather Altman, Assistant Branch Manager
343 Throckmorton Street
Fort Worth, TX 76102

The United States believes the Garnishees and their affiliates, successors or assigns, have possession of property in which Loftis and his spouse have a substantial nonexempt interest.

The United States is also entitled to a surcharge of ten (10) percent of the amount of the debt under the provisions of 28 U.S.C. § 3011 in connection with the litigation of this post-judgment remedy.

                Respectfully submitted,

                RICHARD B. ROPER
                UNITED STATES ATTORNEY

                */s/ Megan J. Fahey*
                Megan J. Fahey
                Assistant United States Attorney
                Texas State Bar No. 24043655
                Burnett Plaza Suite 1700
                801 Cherry Street Unit #4
                Fort Worth, Texas 76102-6882
                Telephone: 817.252.5200
                Facsimile: 817.978.6361
                megan.fahey@usdoj.gov

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Todd Loftis

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____ Harris
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED SEP 6 2006 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Megan J. Fahey, AUSA  817.252.5200
801 Cherry Street, Suite 1700, Fort Worth, TX 76102

Attorneys (If Known)
3-06CV 1633P

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: 28 U.S.C. § 3205 - Garnishment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 20,369,447.27
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Terry R. Means
DOCKET NUMBER 4:05-CR-185-Y

DATE 8/30/06
SIGNATURE OF ATTORNEY OF RECORD
Megan J. Fahey

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____